**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KATHLEEN HUNT, as Personal Representative
of the ESTATE OF GEORGE ARTHUR
HUNT, IV,

      Plaintiff,

                                          Case   No: 8:16-cv-00509-VMC-AAS

vs.

BOB GUALTIERI, in his capacity as Pinellas
County Sheriff; MAXIM PHYSICIAN RESOURCES,
LLC and LUIS A. QUINONES, M.D.,

      Defendants.
_____/

**JOINT MOTION OF PLAINTIFF AND DEFENDANT, BOB GUALTIERI, TO DISMISS ALL CLAIMS AND CAUSES OF ACTION CURRENTLY PENDING AGAINST DEFENDANT, BOB GUALTIERI, ONLY**

      Plaintiff, KATHLEEN HUNT, as Personal Representative of the ESTATE OF GEORGE ARTHUR HUNT, IV, by and through her undersigned counsel and Defendant, BOB GUALTIERI, in his capacity as Pinellas County Sheriff, by and through its undersigned counsel, pursuant to Rule 41(1)(A)(ii), Fed. R. Civ. P., hereby stipulate and move this Court for an order dismissing Counts IV, V and VI, with prejudice, against Defendant, BOB GUALTIERI, in his capacity as Pinellas County Sheriff, **only**, with the parties to bear their own attorney's fees and costs. As grounds for this motion, the parties assert the following:

      1.      Currently pending before this Court is a five count complaint against Defendants, BOB GUALTIERI, in his capacity as Pinellas County Sheriff, MAXIM PHYSICIAN RESOURCES, LLC and LUIS A. QUINONES, M.D.[1]

---

[1] The Plaintiff voluntarily dismissed Counts I, II and III previously pending against Maria Cruz, Shawn Fox and

2.      Counts IV, V and VI are against BOB GUALTIERI, in his capacity as Pinellas County Sheriff, based on 42 U.S.C. § 1983 (federal claim), ordinary negligence (state law claim) and medical negligence (state law claim) respectively. Count IX is a medical negligence claim (state law claim) against MAXIM PHYSICIAN RESOURCES, LLC and Count X is a medical negligence claim (state law claim) against LUIS A. QUINONES, M.D.

3.      Plaintiff, KATHLEEN HUNT, as Personal Representative of the ESTATE OF GEORGE ARTHUR HUNT, IV, and Defendant, BOB GUALTIERI, in his capacity as Pinellas County Sheriff, have agreed to the voluntary dismissal of the claims currently pending against Defendant, BOB GUALTIERI, in his capacity as Pinellas County Sheriff (Counts IV, V and VI), with the parties to bear their own attorney's fees and costs.

4.      This dismissal is **only** as to the claims against Defendant, BOB GUALTIERI, in his capacity as Pinellas County Sheriff and specifically excludes and preserves Counts IX and X currently pending against Defendants, MAXIM PHYSICIAN RESOURCES, LLC and LUIS A. QUINONES, M.D.

5.      Therefore the claims currently pending against Defendant, BOB GUALTIERI, in his capacity as Pinellas County Sheriff (Counts IV, V and VI) should be dismissed, with prejudice.

6.      With no remaining federal claims pending before this Court, the remaining state court claims pending against the remaining Defendants would properly be remanded back to the Florida Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida.

---

Gary Paxson respectively. The Court previously dismissed Counts VII and VIII against Defendant, MAXIM PHYSICIAN RESOURCES, LLC. on the Defendant's Motion to Dismiss.

## **CERTIFICATE OF CONFERENCE**

Counsel for the Plaintiff and counsel for Defendant, BOB GUALTIERI, in his capacity as Pinellas County Sheriff, conferred by telephone on April 4, 2016 and agree to the relief sought by this Motion.

Respectfully submitted on April 6, 2017.

/s/ Joshua T. Chilson
Joshua T. Chilson
Fla. Bar No.: 027592
Johnson, Pope, Bokor, Ruppel & Burns, LLP
911 Chestnut Street
Clearwater, FL 33756
727) 461-1818 FAX (727) 462-0365
Primary: josh@jpfirm.com
Secondary: staceyk@jpfirm.com
Counsel for Plaintiff

/s/ Nicole E. Durkin
Nicole E. Durkin
Fla Bar No.: 0078069
10750 Ulmerton Road
Largo, FL 33778
Tampa, FL 33609
(727) 582-6200 FAX (727) 582-6459
Primary: NDurkin@pcsonet.com
Attorney for Bob Gualtieri, in his capacity as Pinellas County Sheriff

/s/ Bryan D. Caulfield
Bryan D. Caulfield
Fla. Bar No.: 767530
Perenich, Caulfield, Avril, & Noyes, P.A.
1875 North Belcher Road, Suite 201
Clearwater, FL  33765
(727) 796-8282 FAX (727) 797-366
Primary:  bryan@uslaw.com
Secondary:  tina@usalaw.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 6, 2017 a copy of the foregoing has been filed with the Clerk of the Court by using the CM/ECF system on behalf of the noted Defendants and Plaintiff, which will be served on the CM/ECF participants.

/s/ Joshua T. Chilson
Attorney